FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JUL 16 PM 12: 17

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 22 2007

FILED
CLERK'S OFFICE

**DOCKET NO. 1817**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE CERTAINTEED CORP. ROOFING SHINGLE PRODUCTS LIABILITY LITIGATION

*Fredric Eldridge v. CertainTeed Corp.*, D. North Dakota, C.A. No. 1:07-38
*Jack Helmick v. CertainTeed Corp.*, D. Nebraska, C.A. No. 8:07-222

### CONDITIONAL TRANSFER ORDER (CTO-3)

On February 15, 2007, the Panel transferred six civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 474 F.Supp.2d 1357 (J.P.M.L. 2007). Since that time, seven additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Louis H. Pollak.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Pollak.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of February 15, 2007, and, with the consent of that court, assigned to the Honorable Louis H. Pollak.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 0 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1817
## IN RE CERTAINTEED CORP. ROOFING SHINGLE PRODUCTS LIABILITY LITIGATION

Jason T. Baker
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104

Christopher E. Hoyme
Berens, Tate Law Firm
10050 Regency Circle, Suite 400
Omaha, NE 68114

Christopher Jozwiak
Halunen Law Firm
220 South Sixth Street, Suite 2000
Minneapolis, MN 55402

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

Sarah M. Vogel
Sarah Vogel Law Firm P.C.
222 N. 4th Street
Bismarck, ND 58501-4004